**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

---

In re:  Steven Paul Meyer and                                         BK No. 18-11244
       Erin Elizabeth Meyer                                          Chapter 13
       Debtors

---

**ORDER CONFIRMING ABSENCE OF STAY**
**(this relates to Doc. ## 6, 10)**

Upon consideration of the Motion for Order Confirming That the Automatic Stay Is Not in Effect ("Motion," Doc. #6) filed by Rhode Island Housing and Mortgage Finance Corporation and the Debtors' Response thereto (Doc. #10), and for cause shown, it is hereby found and ordered that:

1. The Motion is granted.

2. On August 2, 2017, the Debtors filed a Chapter 13 petition that the Court dismissed on September 29, 2017 for failure to file missing documents. *See* BK No. 17-11339.

3. On March 6, 2018, the Debtors filed a Chapter 13 petition that the Court dismissed on March 27, 2018 for failure to file missing documents. *See* BK No. 18-10357.

4. Pursuant to Bankruptcy Code § 362(c)(4)(A)(ii), the Court hereby confirms that no stay went into effect upon the Debtors' filing of the Chapter 13 petition in this case on July 21, 2018, because the Debtors had two cases pending within the last year that were subsequently dismissed. *See* 11 U.S.C. § 362(c)(4)(A)(i).

Date: August 7, 2018                                            By the Court,

                                                                                */s/ Diane Finkle*
                                                                                Diane Finkle
                                                                                U.S. Bankruptcy Judge